# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conmy, Patrick A. | District of North Dakota | 12/03/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

PO Box 670
Bismarck, ND 58502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conmy, Patrick A. | 12/03/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conmy, Patrick A. | 12/03/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conmy, Patrick A. | 12/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gate City Bank | A | Int./Div. | J | T | | | | | |
| 2. Edward Jones CMA Money Acct | A | Int./Div. | J | T | | | | | |
| 3. Edward Jones Money Market Fund | A | Dividend | J | T | | | | | |
| 4. Alger Smid Cap Growth Fund CL I | A | Dividend | J | T | | | | | |
| 5. Captial World Growth & Income Fund CL F1 | A | Dividend | J | T | | | | | |
| 6. DWS Small Cap Value Fund Institutional CL | A | Dividend | J | T | | | | | |
| 7. Federated Total Return Bond Fund Institutionalized Shares CL | A | Dividend | | | Sold | | J | | |
| 8. Fidelity Advisor New Insights Fund Institutional CL | A | Dividend | | | Sold | | J | | |
| 9. Franklin Mutual Shares Fund CL Z | A | Dividend | K | T | | | | | |
| 10. Fundamental Investors Fund CL F1 | A | Dividend | J | T | | | | | |
| 11. Harbor International Fund Institutional CL | A | Dividend | J | T | | | | | |
| 12. Hartford Capital Appreciation Fund CL I | A | Dividend | | | Sold | | J | | |
| 13. Hartford Floating Rate Fund CL C | A | Dividend | K | T | | | | | |
| 14. ING Global Real Estate Fund CL I | A | Dividend | J | T | | | | | |
| 15. Invesco Van Kampen Growth & Income Fund CL Y | A | Dividend | J | T | | | | | |
| 16. J.P. Morgan Federal Money Market Fund Institutional CL | A | Dividend | J | T | | | | | |
| 17. J.P. Morgan Mid Cap Value Fund Select CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Manning & Napier World Opportunities Series CL A | A | Dividend | K | T | | | | | |
| 19. Mutual Discovery Fund CL Z | A | Dividend | K | T | | | | | |
| 20. Oppenheimer Commodity Strategy Total Return Fund CL Y | A | Dividend | J | T | | | | | |
| 21. Oppenheimer International Bond Fund CL Y | A | Dividend | | | Sold | | J | | |
| 22. Pioneer Cullen Value Fund CL Y | A | Dividend | K | T | | | | | |
| 23. Prudential Jennison Mid-Cap Growth Fund CL Z | A | Dividend | J | T | | | | | |
| 24. RS Emerging Markets Fund CL A | A | Dividend | | | Sold | | J | | |
| 25. Templeton Global Bond Fund Advisor CL | A | Dividend | K | T | | | | | |
| 26. Virtus Opportunities Trust Real Estate Secs Fund CL I | A | Dividend | J | T | | | | | |
| 27. Williston Basin Mid North America Stock Fund CL A | A | Dividend | K | T | | | | | |
| 28. Lazard Developing Markets Fund | A | Dividend | K | T | Buy | | K | | |
| 29. Legg Mason BW Global Opportunities Bond Fund | A | Dividend | K | T | Buy | | K | | |
| 30. Royalty Interest, Dunn County, North Dakota | E | Royalty | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conmy, Patrick A. | 12/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amended in response to Letter of Inquiry. Mineral Royalties originally listed in Part III A and Part III B as "Oil and Gas Production Royalties" moved to Part VII, line 30 "Royalty Interest, Dunn County, North Dakota". Part VII, Line 29, "Legg-Mason" updated for clarification to " Legg Mason BW Global Opportunities Bond Fund".

| Name of Person Reporting | Date of Report |
|---|---|
| Conmy, Patrick A. | 12/03/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick A. Conmy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544